### 15178. UNDERWOOD v. THE STATE.

BROYLES, C. J. The defendant's conviction was authorized by the evidence, and none of the special grounds of the motion for a new trial shows reversible error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 6, 1924.

Indictment for larceny of automobile; from Lamar superior court —Judge Persons. October 20, 1923.

*Dobbs & Barrett,* for plaintiff in error.

*T. J. Brown,* solicitor-general, contra.